Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUN 11 2018
JAMES N. HATTEN, Clerk
By: J. Claudenison Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of _____
Atlanta Division

PAMELA D. BREWSTER-VEIRA

_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

UNITED STATES DISTRICT COURT OF GEORGIA, UNITED STATES FEDERAL GOVERNMENT

_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1 18-CV-2858
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No


## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PAMELA D. BREWSTER-VEIRA |
| Street Address | 967 COLONY CREEK DRIVE |
| City and County | LAWRENCEVILLE |
| State and Zip Code | GEORGIA 30043 |
| Telephone Number | 678-629-3478 |
| E-mail Address | oranghaz@aol.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

Defendant No. 1

| | |
|---|---|
| Name | UNITED STATES DISTRICT COURT |
| Job or Title *(if known)* | FEDERAL DISTRICT COURT |
| Street Address | 75 TED TURNER DRIVE SW |
| City and County | ATLANTA, FULTON COUNTY |
| State and Zip Code | GEORGIA, 30303-3309 |
| Telephone Number | 404-215-1600 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | UNITED STATES DEPARTMENT OF VETERANS AFFAIRS |
| Job or Title *(if known)* | VETERANS ADM. MENTAL HEALTH CLINIC |
| Street Address | 1970 RIVERSIDE PARKWAY #104 |
| City and County | LAWRENCEVILLE |
| State and Zip Code | GEORGIA   30043 |
| Telephone Number | 404-929-5851 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* PAMELA D. BREWSTER-VEIRA , is a citizen of the State of *(name)* UNITED STATES OF AMERICA .

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2. If the defendant is a corporation

    The defendant, *(name)* UNITED STATES FEDERAL GOVERNMENT , is incorporated under the laws of the State of *(name)* DISTRICT OF GEORGIA , and has its principal place of business in the State of *(name)* GEORGIA .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

MARCH 13, 2015 at the VETERANS ADMINISTATION GMH CLINIC. I received injuries caused by water on floor inside doorway entry. I stopped outside of doorway to close umbrella to prevent water from coming in. As I proceeded in, in a split second slip and fell. There were no time humanly possible for me to adjust my balance, cause I went into the air. INCCIDENT REPORT# 2015-0313-1000-5445 and SECURITY VIDEO FOOTAGE FOIA# 15-004833-F.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, *(name)* UNITED STATES FEDERAL GOVERNMENT ON BEI, owes the plaintiff *(specify the amount)* $ 708,778.00 , because *(use one or more of the following, as appropriate):*

### A. On a Promissory Note

On *(date)* _____, the defendant signed and delivered a note promising to pay the plaintiff on *(date)* _____ the sum of *(specify the amount)* $ _____ with interest at the rate of *(specify the amount)* _____ percent. The defendant has not paid the amount due and owes *(state the amount of unpaid principal and interest)* $ _____. A copy of the note is attached as an exhibit or is summarized below. *(Attach the note or summarize what the document says.)*

### B. On an Account Between the Parties

The defendant owes the plaintiff *(specify the amount)* $ _____. This debt arises from an account between the parties, based on *(state the basis, such as an agreement between a credit-card company and a credit-card holder)*

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes *(specify the amount)* $ _____. Copies of the bills or account statements are attached as exhibits or summarized below. *(Attach the statements or summarize what they say.)*

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

### C. For Goods Sold and Delivered

The defendant owes the plaintiff *(specify the amount)* $ _____ , for goods sold and delivered by the plaintiff to the defendant from *(date)* _____ to *(date)* _____ .

### D. For Money Loaned

The defendant owes the plaintiff *(specify the amount)* $ _____ , for money the plaintiff loaned the defendant on *(date)* _____ .

### E. For Money Paid by Mistake

The defendant owes the plaintiff *(specify the amount)* $ _____ for money paid by mistake to the defendant on *(date)* _____ , when the defendant received the payment from *(specify who paid and describe the circumstances of the payment)*

_____

### F. For Money Had and Received

The defendant was paid money *(specify the amount)* $ _____ on *(date)* _____ by *(identify who paid and describe the circumstances of the payment)*

_____

It is unjust for the defendant not to pay the plaintiff the money received because *(explain the reason, such as that the money was intended to be paid to the plaintiff, or was paid by coercion, duress, or fraud, or was an overpayment or a deposit to be returned)*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

HAD 4 SURGERIES, RIGHT AND LEFT HAND SURGERIES FOR BROKEN THUMB BONES THAT HAD DISABLED ME AND REQUIRED AN AGGRESSIVE THERAPY, TORN ROTATED CUFF, PERMENENT PINCHED NERVES AND STILL IN PHYSICAL THERAPY FOR 3 YEARS AS OF APRIL 2018 FOR BOTH RIGHT AND LEFT HANDS. MRI'S, X-RAYS, tests BILLS est. $5,000.00. HOSPITAL OUT PATIENT SURGERIES BILLS, 3 DIFFERANT DOCTORS BILLS, ANESTHESIOLOGY BILLS est. $114,000.00. PAIN MEDICATION COST. 2 DIFFERANT PHYSICAL THERAPY BILLS est. $12,500.00. 3 YEARS OF INCOME LOSTED 33 WEEKS $23,430.00. Less then actual damages claimed $154,930.00 without pain and suffering.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 6, 2018

Signature of Plaintiff _[signature]_

Printed Name of Plaintiff PAMELA D. BREWSTER-VEIRA

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Time Away From Work Service Center
PO Box 14674
Lexington, KY 40512-4674



sedgwick®

May 30, 2018

**Phone**: (855) 858-7557
**Fax**: (888) 999-7573

Pamela D. Brewster-Veira
967 Colony Creek Dr
Lawrenceville, GA 30043



Sedgwick Claims Management Services, Inc.



5/30/2018        301790566600001        562018053002288

